UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH THOMPSON                                          CIVIL ACTION

VERSUS

EDWARD RUSS, ET AL.                                     NO. 20-00185-BAJ-EWD

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 8),** recommending the following.

First, the Magistrate Judge recommends that the Court dismiss the following claims without prejudice to Plaintiff's right to file an Amended Complaint within 21 days of the issuance of this Ruling and Order curing the deficiencies set forth in the Report: (1) Plaintiff's claims for retaliation, conspiracy, and deliberate indifference; (2) Plaintiff's potential claims against Defendant T. Kelly for failure to protect and excessive force; (3) Plaintiff's potential claims against Defendant Shannon DeMars for excessive force. (*Id.* at p. 14). The Magistrate Judge further recommends that the Court refer this matter to the Magistrate Judge for the screening of any Amended Complaint. (*Id.*). If Plaintiff fails to adequately amend his Complaint within 21 days of the issuance of this Ruling and Order, the Magistrate Judge recommends that the Court dismiss the above-referenced claims with prejudice. (*Id.*).

Second, the Magistrate Judge recommends that the Court dismiss the following claims with prejudice pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous and for failure to state a claim upon which relief may be granted: (1) Plaintiff's claims for due process arising from the disciplinary proceedings against him; and (2) Plaintiff's claims for monetary damages against Defendants in their official capacities. (*Id.*).

Third, the Magistrate Judge recommends that the Court deny Plaintiff's request for preliminary injunctive relief without prejudice. (*Id.*).

Finally, the Magistrate Judge recommends that the Court refer this matter to the Magistrate Judge regarding Plaintiff's remaining claim: Plaintiff's claim for monetary damages against Defendant Edward Russ for excessive force. (*Id.*).

There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the following claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an Amended Complaint curing the deficiencies set forth in the Report within 21 days of the issuance of this Ruling and Order: (1) Plaintiff's claims for retaliation, conspiracy, and deliberate indifference; (2) Plaintiff's potential claims against Defendant T. Kelly for failure to protect and

excessive force; (3) Plaintiff's potential claims against Defendant Shannon DeMars for excessive force. (*Id.* at p. 14).

**IT IS FURTHER ORDERED** that any Amended Complaint curing the deficiencies set forth by the Magistrate Judge must be filed no later than 21 days from the issuance of this Ruling and Order. If Plaintiff fails to adequately amend his Complaint within 21 days, the Court may dismiss certain claims with prejudice.[1]

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge for the screening of any Amended Complaint.

**IT IS FURTHER ORDERED** that the following claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous and for failure to state a claim upon which relief may be granted: (1) Plaintiff's claims for due process arising from the disciplinary proceedings against him; and (2) Plaintiff's claims for monetary damages against Defendants in their official capacities.

**IT IS FURTHER ORDERED** that Plaintiff's request for preliminary injunctive relief is **DENIED WITHOUT PREJUDICE.**

---

[1] Specifically, the Court may dismiss the following claims with prejudice: (1) Plaintiff's claims for retaliation, conspiracy, and deliberate indifference; (2) Plaintiff's potential claims against Defendant T. Kelly for failure to protect and excessive force; (3) Plaintiff's potential claims against Defendant Shannon DeMars for excessive force.

3

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge regarding Plaintiff's remaining claim: Plaintiff's claim for monetary damages against Defendant Edward Russ for excessive force.

Baton Rouge, Louisiana, this 31st day of August, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA