UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH THOMPSON (#109223)  CIVIL ACTION NO.

VERSUS  20-185-BAJ-EWD

EDWARD RUSS, ET AL.

## ORDER

Before the Court are three Motions, filed by the sole remaining defendant, Edward Russ ("Russ"):[1] 1) a Motion to Strike Rec. Doc. 23 ("Motion to Strike"),[2] 2) a Motion for Leave to Conventionally File Audio Recording ("Motion for Leave"),[3] and 3) a Motion for Extension of Time to Extend Discovery and Dispositive Motion Deadlines ("Motion for Extension").[4] The Motion to Strike and the Motion for Leave will be granted and the Motion for Extension will be granted in part.[5]

The Court issued an Order on November 4, 2022, which required Russ to provide to Plaintiff "all medical records, administrative remedy proceedings, unusual occurrence reports and all other documents pertinent to the issues in this case.[6] Russ filed a Notice of Compliance with the Order on January 20, 2023.[7] That same date, Russ filed a Notice of Conventional Filing to advise the Court of the conventional (non-electronic) filing of an audio recording of a disciplinary board proceeding which is contained on a compact disk ("CD") and which was referenced in the Notice of Compliance.[8]

---

[1] R. Docs. 24, 25, & 26.
[2] R. Doc. 24.
[3] R. Doc. 25.
[4] R. Doc. 26.
[5] Though the deadline for opposing these Motions has not passed, the Court does not find oppositions necessary.
[6] R. Doc. 15, pp. 1-2.
[7] R. Doc. 22.
[8] R. Doc. 23.

The pending Motion to Strike requests that the Court strike the Notice of Conventional Filing so the audio recording may be filed along with the Notice of Compliance, *after* Russ has obtained leave of Court to submit a conventional filing since the CD cannot be filed into the Court's electronic case filing system, but electronic filing is generally required by the Court's Local Rules.[9] In the Motion for Leave, Russ seeks to conventionally file the CD.[10] As these motions are intended to correct a prior filing that was intended to evidence compliance with a Court order, both will be granted.

The Motion for Extension asks that this Court extend the discovery and dispositive motion deadlines by sixty and ninety days, respectively, from the current deadlines.[11] As good cause, Russ states that a deposition of the plaintiff may be required and he would like to receive responses to written discovery prior to taking the deposition.[12] While good cause exists to extend the deadlines, Russ has not shown good cause for the amount of time requested. Accordingly, the discovery deadline will be extended by thirty days (from February 24, 2023 to March 27, 2023),[13] and the dispositive motion deadline will be extended by sixty days (from March 13, 2023 to May 12, 2013).

**IT IS ORDERED** that the Motion to Strike Rec. Doc. 23, filed by Defendant Edward Russ, is **GRANTED**. The Clerk of Court is directed to strike R. Doc. 23 from the record.

**IT IS FURTHER ORDERED** that the Motion for Leave to Conventionally File Audio Recording,[14] filed by Defendant Edward Russ, is **GRANTED**. Russ shall transmit the CD

---

[9] R. Doc. 24. *See* Local Rule 5(a)(1).
[10] R. Docs. 25 & 25-1.
[11] R. Doc. 26.
[12] R. Doc. 26, p. 2.
[13] The new deadline falls on March 26, 2023, which is a Sunday—a legal holiday—making the deadline the following day, March 27, 2023. Pursuant to Fed. R. Civ. Proc. 6(a)(1)(C) when the last day of a time period specified in a court order falls on a weekend or legal holiday, the time period continues until the end of the next day that is not a weekend or legal holiday.
[14] R. Doc. 25.

containing the audio recording of disciplinary board proceedings referenced in his Notice of Compliance to the Clerk of Court for conventional filing with a copy of this Order, and to Plaintiff Keith Thompson, if the CD has not already been provided to Plaintiff.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time to Extend Discovery and Dispositive Motion Deadlines, filed by Defendant Edward Russ, is **GRANTED IN PART**. All discovery shall be completed by **March 27, 2023**, and dispositive motions shall be filed by **May 12, 2023**.

Signed in Baton Rouge, Louisiana, on January 25, 2023.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**