## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH THOMPSON (#109223)** | **CIVIL ACTION** |
| **VERSUS** | |
| **EDWARD RUSS, ET AL** | **NO. 20-00185-BAJ-EWD** |

## RULING AND ORDER

Before the Court are cross-motions for summary judgment, submitted by Plaintiff Keith Thompson, an inmate incarcerated at the Dixon Correctional Institute in Jackson, Louisiana (DCI), and Defendant Edward Russ, a correctional officer at DCI, and the sole remaining Defendant to this action. (Docs. 46, 49). Plaintiff pursues claims of excessive force, retaliation, and deliberative indifference to his medical needs, arising from a confrontation in April 2019 during which Defendant maced Plaintiff in the face while he was shackled in full restraints. (Doc. 1, Doc. 13).

The Magistrate Judge has now issued a **Report and Recommendation (Doc. 52, the "Report")**, recommending that Defendant is entitled to qualified immunity; that, on this basis, Defendant's Motion for Summary Judgment (Doc. 49) be granted; that Plaintiff's remaining claims be dismissed; and that Plaintiff's Motion for Summary Judgment (Doc. 46) be denied. The deadline to object to the Report has passed without any objection from Plaintiff or Defendant.

Having carefully considered the Report, the parties' motions and related filings, and the evidentiary record, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 46)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. 49) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, all claims against all Defendants having now been dismissed, the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 26th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**